

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2022

No. 04-22-00309-CV

Jo Ann **RIVERA**, Victoria Rivera and Philip M. Ross,
Appellants

v.

**SAN ANTONIO WATER SYSTEM**,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-08262
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The clerk's record was due on June 2, 2022. On June 1, 2022, the trial court clerk filed a notification of late clerk's record, stating appellants are not entitled to appeal without paying the fee, and appellants have failed to pay the fee for preparing the record.

We, therefore, ORDER appellants to provide written proof to this court **no later than June 13, 2022** that either (1) the clerk's fee for preparing the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellants are entitled to appeal without paying the clerk's fee. If appellants fail to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal for want of prosecution if clerk's record is not filed due to appellant's fault); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2022.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court